IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In the matter of: | ) |
| | ) |
| JESSICA HOLMES | ) Chapter 13 |
| 549 RICHARD STREET | ) Case No.   22-60263-EJC |
| SWAINSBORO, GA 30401 | ) |
| | ) |
| Debtor(s) | ) |

## OBJECTION TO CONFIRMATION BY CHAPTER 13 TRUSTEE

NOW COMES O. Byron Meredith III, Chapter 13 ("Trustee") in the above-styled case, and objects to confirmation of the proposed Chapter 13 Plan for reason(s) stated herein:

1. The Debtor claimed exemptions for back due child support, in the amounts of $7,468.09, $12,667.35 and $3,432.73, under Ga. Code Ann. § 44-13-100(a)(2)(D). The Trustee reserves the right to object to any lump sum child support awarded to/received by the Debtor not "reasonably necessary for the support of the debtor and any dependent of the debtor."

2. Pentagon Federal Credit Union has an outstanding objection to confirmation [Docket No. 14] that must be resolved.

WHEREFORE , the Trustee moves the Court to inquire into the above objection(s), deny confirmation of the proposed plan, and for such additional relief as may be just and proper.

This  14 day of December, 2022.

s/ SABARI PILLAI, STAFF ATTORNEY
s/ SABARI PILLAI, STAFF ATTORNEY
Georgia Bar No. 793947
P.O. Box 10556
Savannah, GA 31412
(912) 234-5052

### CERTIFICATE OF SERVICE

I the undersigned certify that a copy of this Objection to Confirmation by Chapter 13 Trustee has been served upon the above-named debtor(s) and the parties listed below.  Unless otherwise noted below, service was made by first-class mail, postage prepaid, this  14 day of December, 2022.

s/ SABARI PILLAI, STAFF ATTORNEY
s/ SABARI PILLAI, STAFF ATTORNEY
Office of the Chapter 13 Trustee
Post Office Box 10556
Savannah, GA 31412
(912) 234-5052

J MICHAEL HALL
By Electronic Noticing